United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> Partners Pharmacy Services, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-34698 <br><br> (Jointly Administered) |

**ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN PRE-PETITION TAXES
AND FEES; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "*Motion*")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (i) authorizing, but not directing, the Debtors to pay all Taxes and Fees due and owing to Taxing Authorities that arose before the Petition Date, including all Taxes and Fees subsequently determined by audit or otherwise to be owed for periods before the Petition Date, and to pay any post-petition amounts that become due and owing to the Taxing Authorities in the ordinary course during these cases, and (ii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction over this matter in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of Texas*, dated May 24, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Arrow Envoy Holdings, LLC (5695); Arrow Pharmacy Holdings, LLC (0080); Partners of Connecticut, LLC (1828); Partners of Massachusetts, LLC (2604); Partners of New York, LLC (0039); Partners of Pennsylvania, LLC (0841); Partners Pharmacy of Florida, LLC (9364); Partners Pharmacy of Maryland, LLC (0961); Partners Pharmacy of Texas, LLC (2017); Partners Pharmacy of Virginia, LLC (6232); Partners Pharmacy Services, LLC (9038); Partners Pharmacy Shell Point, LLC (1616); Partners Pharmacy, L.L.C. (4578); and Solutions Homecare, L.L.C. (1583).  The Debtors' service address in these chapter 11 cases is 173 Bridge Plaza North, Fort Lee, NJ 07024.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

consistent with Article III of the United States Constitution; and the Court having found that venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, their creditors and all parties in interest; and upon all of the proceedings had before the Court after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**,

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, but not directed, to pay all pre-petition Taxes and Fees due and owing to the Taxing Authorities, including those listed on **Exhibit 1** hereto, whether such pre-petition Taxes and Fees are now due and owing or become due and owing post-petition, and including all Taxes and Fees subsequently determined upon audit, review, appeal, settlement or otherwise to be owed for periods before the Petition Date, in each case, solely to the extent that such Taxes and Fees are or become payable in accordance with applicable law.

3. The Debtors are further authorized, but not directed, to pay all post-petition Taxes and Fees as they become due and owing in the ordinary course to the Taxing Authorities, including those listed on **Exhibit 1** hereto, in each case, solely to the extent that such Taxes and Fees become payable in accordance with applicable law.

4. The Debtors are authorized, but not directed, to settle the Taxes and Fees for less than their face amount or to purchase tax credits without further notice or hearing. The relief granted herein is without prejudice to the Debtors' rights to contest the amounts of any Taxes and

Fees on any grounds they deem appropriate or the Debtors' ability to request further relief related to the Taxes and Fees in the future.

5. The Banks are authorized to receive, process, honor, and pay any and all checks issued, or to be issued, and electronic funds transfers requested, or to be requested, by the Debtors relating to such obligations, to the extent that sufficient funds are on deposit in the applicable bank accounts to cover such payments. The Banks are authorized to accept and rely on all representations made by the Debtors with respect to which checks, drafts, wires, or automated clearing house transfers should be honored or dishonored in accordance with this or any other order of the Court, whether such checks, drafts, wires, or transfers are dated prior to, on, or subsequent to the Petition Date, without any duty to inquire otherwise.

6. The Debtors are authorized, but not directed, to issue new post-petition checks, or effect new electronic funds transfers, and to replace any pre-petition checks or electronic funds transfer requests that may be lost or dishonored or rejected as a result of the commencement of the Debtors' chapter 11 cases with respect to any pre-petition amounts that are authorized to be paid pursuant to this Order.

7. The Debtors shall maintain a schedule of payments made pursuant to this Order, including the following information: (a) the names of the payee; (b) the nature of the payment; (c) the amount of the payment; (d) the category or type of payment; (e) the Debtor or Debtors that made the payment; (f) the payment date; and (g) the purpose of such payment. The Debtors shall provide a copy of such schedule on a confidential basis to the U.S. Trustee, and on a confidential and professionals' eyes only basis to counsel to of the Pre-Petition Lender, the DIP Lender, and any statutory committee appointed in these chapter 11 cases (collectively, the "Notice Parties") by the last day of each month.

8. Nothing in the Motion or this Order, or any payment made pursuant to the authority granted by this Order, is intended to be or shall be deemed as (i) an implication or admission as to the validity of any claim against the Debtors; (ii) a waiver or limitation of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim; (iii) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable nonbankruptcy law; (iv) a waiver of the obligation of any party in interest to file a proof of claim; (v) an agreement or obligation to pay any claims; (vi) a waiver of any claims or causes of action which may exist against any creditor or interest holder; (vii) an admission as to the validity of any liens satisfied pursuant to the Motion; or (viii) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

9. Notwithstanding anything to the contrary in the Motion or this Order, any payment to be made hereunder, and any authorization contained herein, shall be subject to and in accordance with any interim and final orders, as applicable, authorizing the Debtors' use of cash collateral and post-petition debtor-in-possession financing (such orders, the "<u>DIP Order</u>") and any budget in connection with any such use of cash collateral and post-petition debtor-in-possession financing. To the extent there is any inconsistency between the terms of the DIP Order and any action taken or proposed to be taken hereunder, the terms of the DIP Order shall control.

10. Notice of the Motion is adequate under Bankruptcy Rule 6004(a) and the Local Rules.

11. Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

12. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

4898-2970-2732

13. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: August 14, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

4898-2970-2732

# **Exhibit 1**

*Taxing Authorities*

| Taxing Authorities | | |
|---|---|---|
| **Authority** | **Address** | **Type of Tax** |
| Albert Uresti<br>Bexar County Tax Assessor/Collector | P.O. Box 2903<br>San Antonio, TX 78299 | Property Taxes |
| Aldine Independent School District | 14909 Aldine Westfield Road<br>Houston, TX 77032 | Property Taxes |
| Ann Harris Bennett<br>Tax Assessor-Collector | P.O. Box 3547<br>Houston, TX 77253 | Property Taxes |
| Bexar County Tax Assessor/Collector | P.O. Box 839950<br>San Antonio, TX 78283 | Property Taxes |
| Bloomfield Tax Collector | 800 Bloomfield Ave.<br>Bloomfield, CT 06002 | Property Taxes |
| Brazoria Co. M.U.D. No. 17 | P.O. Box 1368<br>Friendswood, TX 77549 | Property Taxes |
| Cameron County Tax Assessor/Collector | P.O. Box 952<br>Brownsville, TX 78522-0952 | Property Taxes |
| Carmen P. Turner<br>Fort Bend County Tax Assessor/Collector | 1317 Eugene Heimann Circle<br>Richmond, TX 77469 | Property Taxes |
| City Of Garland | P.O. Box 462010<br>Garland, TX 75046 | Property Taxes |
| City of Marlborough | Tax Collector's Office, 1st Floor<br>140 Main Street<br>Marlborough, MA 01752 | Property Taxes |
| City of Newton<br>Treasury Department | 1000 Commonwealth Ave<br>Newton, MA 02459 | Property Taxes |
| Clear Creek I.S.D. Tax Office | P.O. Box 799<br>League City, TX 77574 | Property Taxes |
| Collin County Tax Assessor/Collector | P.O. Box 8006<br>McKinney, TX 75070 | Property Taxes |
| Dallas County Tax Office | 500 Elm Street, Suite 3300<br>Dallas, TX 75202 | Property Taxes |
| Dennis W. Hollingsworth<br>St. Johns County<br>Tax Collector | P.O. Box 9001<br>St. Augustine, FL 32085 | Property Taxes |
| Jim Overton<br>Duval County Tax Collector | 231 E. Forsyth Street, Suite 440<br>Jacksonville, FL 32202 | Property Taxes |
| El Paso County Tax Assessor/Collector | 301 Manny Martinez Dr., 1st Floor<br>El Paso, TX 79905 | Property Taxes |

4898-2970-2732

| | | |
|---|---|---|
| Ellis County Tax Assessor/Collector | P.O. Box 188<br>Waxahachie, TX 75168 | Property Taxes |
| Fairfax County Department of Tax Administration | 12000 Government Center Parkway, Suite 223<br>Fairfax, VA 22035 | Property Taxes |
| Fort Bend CO. M.U.D. #50 | 12841 Capricorn Street<br>Stafford, TX 77477 | Property Taxes |
| Fort Bend County Tax Assessor/Collector | 1317 Eugene Heimann Circle<br>Richmond, TX 77469 | Property Taxes |
| Galveston County Tax Assessor/Collector | 722 Moody Ave<br>Galveston, TX 77550 | Property Taxes |
| Harris County Tax Assessor/Collector | P.O. Box 201614<br>Houston, TX 77216 | Property Taxes |
| Hays County Tax Assessor/Collector | P.O. Box 1278<br>San Marcos, TX 78667 | Property Taxes |
| Hill Cad Tax Collections Mike McKibben, TX Assessor/Collector | P.O. Box 416 / 1407 Abbott Ave<br>Hillsboro, TX 76645 | Property Taxes |
| Hill County Tax Assessor/Collector | P.O. Box 327<br>Hillsboro, TX 76645 | Property Taxes |
| Hill County Tax Office | 126 S. Covington<br>P.O. Box 412<br>Hillsboro, TV 76645 | Property Taxes |
| Hillsborough County Tax Collector | P.O. Box 30009<br>Tampa, FL 33630 | Property Taxes |
| John Power<br>Alachua County<br>Tax Collector | P.O. Box 44310<br>Jacksonville, FL 32231 | Property Taxes |
| John R. Ames<br>Tax Assessor/Collector | Dallas County Tax Office<br>P.O. Box 139066<br>Dallas, TX 75313 | Property Taxes |
| Johnson County Tax Assessor/Collector | P.O. Box 269<br>Cleburne, TX 76033 | Property Taxes |
| Kenneth L. Maun | P.O. Box 8046<br>McKinney, TX 75070 | Property Taxes |
| Kristin R. Bulanek<br>Brazoria County Tax Assessor/Collector | 111 E. Locust<br>Angleton, TX 77515 | Property Taxes |
| Lee County Tax Collector | P.O. Box 1609<br>Fort Myers, FL 33902 | Property Taxes |

4898-2970-2732

| | | |
|---|---|---|
| Limestone County Tax Assessor/Collector | P.O. Box 460 Groesbeck, TX 76642 | Property Taxes |
| Llano County Tax Assessor/Collector | P.O. Box 488 Llano, TX 78643 | Property Taxes |
| Lubbock County Tax Assessor/Collector | P.O. Box 10536 Lubbock, TX 79408 | Property Taxes |
| Manatee County Tax Collector | P.O. Box 25300 Bradenton FL 34206 | Property Taxes |
| McLennan County Tax Assessor/Collector | P.O. Box 660 Waco, TX 76703 | Property Taxes |
| Mesquite Tax Office | P.O. Box 850267 Mesquite, TX 75185 | Property Taxes |
| Michelle French Denton County Tax Assessor/Collector | P.O. Box 90223 Denton, TX 76202 | Property Taxes |
| Monica Madrigal Webb County Assessor/Collector | 2501 E. Saunders Laredo, TX 78041 | Property Taxes |
| Montgomery County Tax Assessor/Collector | P.O. Box 2667 Conroe, TX 77305 | Property Taxes |
| New Jersey Department of Revenue | Division of Taxation P.O. Box 289 Trenton, NJ 08646 | Sales and Use Taxes |
| Orange County Tax Collector | P.O. Box 545100 Orlando, FL 32854 | Property Taxes |
| Pinellas County Tax Collector | P.O. Box 31149 Tampa, FL 33631 | Property Taxes |
| Polk County Tax Collector | P.O. Box 1189 Bartow, Florida 33831 | Property Taxes |
| Randy H. Riggs McLennan County Tax Assessor/Collector | P.O. Box 406 Waco, TX 76703 | Property Taxes |
| Richardson Independent School District Tax Office | 420 S. Greenville Ave. Richardson TX 75081 | Property Taxes |
| Rockwall County Tax Assessor/Collector | P.O. Bo 366 Rockwall, TX 75087-0366 | Property Taxes |
| Scott Porter Johnson County Tax Assessor/Collector | P.O. Box 75 Cleburne, TX 76033 | Property Taxes |
| Seminole County Tax Collector | P.O. Box 630 Sanford, FL 32772 | Property Taxes |

4898-2970-2732

| Sharon W. Jordan Suwannee County Tax Collector | 215 Pine Ave. SW, Suite A Live Oak, FL 32064 | Property Taxes |
|---|---|---|
| Somervell County Tax Assessor/Collector | P.O. Box 37 Glen Rose, TX 76043 | Property Taxes |
| South Fire District | 445 Randolph Road Middletown, CT 06457 | Property Taxes |
| Tammy J. McRae | 400 N. San Jacinto Conroe, TX 77301 | Property Taxes |
| Tarrant County | 100 E. Weatherford Fort Worth, TX 76196 | Property Taxes |
| Tarrant County Tax Assessor/Collector | P.O. Box 961016 Fort Worth, TX 76161 | Property Taxes |
| Texas City I.S.D. Tax Office | P.O. Box 48 Houston, TX 7001 | Property Taxes |
| Texas Comptroller of Public Accounts | P.O. Box 13528, Capitol Station Austin, Texas 78711-3528 | Franchise Taxes |
| Town of Chatham Treasurer/Tax Collector | 549 Main Street Chatham, MA 02633 | Property Taxes |
| Town of Farmington | 1 Monteith Drive Farmington, CT 06032 | Property Taxes |
| Town of Marlborough Tax Collector's Office | 140 Main Street Marlborough, MA 01752 | Property Taxes |
| Town of Wytheville Treasurer's Office | 150 E. Monroe Street Wytheville, VA 24382 | Property Taxes |
| United States Treasury | Internal Revenue Service P.O. Box 9001 Cincinnati, OH 45999 | Franchise Taxes |
| Washington County Treasurer's Office | 1 Government Center Place, Suite B Abingdon, VA 24210 | Property Taxes |
| Whitney I.S.D. Tax Office | P.O. Box 592 Whitney, TX 76692 | Property Taxes |
| Wichita County | 600 Scott Ave Suite 103 Wichita Falls, TX 76301 | Property Taxes |
| Wichita County Tax Assessor/Collector | P.O. Box 1565 Wichita Falls, TX 76307-1565 | Property Taxes |
| Will Roberts Volusia County Tax Collector | 123 W. Indiana Ave., Room 103 DeLand, FL 32720 | Property Taxes |
| Williamson County Tax Assessor/Collector | P.O. Box 2328 Georgetown, TX 78627 | Property Taxes |

4898-2970-2732

| Woodlands Metro Center M.U.D. | P.O. Box 7829 The Woodlands, TX 77387 | Property Taxes |

4898-2970-2732