| Information to identify the case: | | |
|---|---|---|
| Debtor: Partners Pharmacy Services, LLC, *et al.* (Name) | | EIN: 75-3109038 |
| United States Bankruptcy Court for the Southern District of Texas (Houston Division) (State) | | Date case filed for chapter 11: 08/13/2025 (MM/DD/YYYY) |
| Lead Case Number: 25-34698 (CML) | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtors' full name(s) (List of Jointly Administered Debtors) | | SEE BELOW CHART | |
|---|---|---|---|---|

| **Name of Debtors** | **EIN Number** | **Other Names Used in Last 8 Years** | **Case Numbers** |
|---|---|---|---|
| Arrow Envoy Holdings, LLC | 80-0855695 | | 25-34699 |
| Arrow Pharmacy Holdings, LLC | 26-1740080 | Avantum | 25-34700 |
| Partners Pharmacy Services, LLC | 75-3109038 | | 25-34698 |
| Partners of Connecticut, LLC | 33-1071828 | Partners Pharmacy; Partners Pharmacy of Connecticut | 25-34702 |
| Partners of Massachusetts, LLC | 43-2032604 | Partners Pharmacy of Massachusetts | 25-34703 |
| Partners of New York, LLC | 46-3910039 | | 25-34704 |
| Partners of Pennsylvania, LLC | 59-3780841 | Partners Pharmacy; Discovery RX | 25-34705 |
| Partners Pharmacy, L.L.C. | 22-3574578 | Partners Pharmacy; Partners DME | 25-34712 |
| Partners Pharmacy of Florida, LLC | 32-0459364 | Advanced Pharmacy; Partners Pharmacy | 25-34707 |
| Partners Pharmacy of Maryland, LLC | 47-3220961 | Advanced Pharmacy | 25-34708 |
| Partners Pharmacy of Texas, LLC | 47-3222017 | Advanced Pharmacy; Partners Pharmacy; Partners Village Pharmacy | 25-34697 |
| Partners Pharmacy of Virginia, LLC | 20-5696232 | Partners Pharmacy; Partners Pharmacy of Imperial Plaza | 25-34709 |
| Partners Pharmacy Shell Point, LLC | 87-4211616 | | 25-34710 |
| Solutions Homecare, L.L.C. | 22-3731583 | | 25-34713 |

| 2. | All other names used in the last 8 years | SEE ABOVE CHART |
|---|---|---|
| 3. | Address | 173 Bridge Plaza North, Fort Lee, NJ 07024 |

| Debtor | Partners Pharmacy Services, LLC, *et al.* | Case number (if known) | 25-34698 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 4. **Debtor's attorney**<br>Name and address | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Patrick J. Potter<br>1200 Seventeenth Street, NW<br>Washington, DC 20036<br>Telephone:(202) 663-8928<br>Facsimile: (202) 663-8007<br><br>-and-<br><br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Dania Slim<br>Amy West<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br><br>-and-<br><br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>L. James Dickinson (24105805)<br>609 Main Street, Suite 2000<br>Houston, TX 77002<br>Telephone: (713) 276-7654<br>Facsimile: (713) 276-7373 | **Debtors' Claims and Noticing Agent** (for Court Documents and Case Information Inquiries):<br><br>**Case website**:<br>https://restructuring.ra.kroll.com/PartnersPharmacy<br>**Email inquiries**: PartnersPharmacyInfo@ra.kroll.com<br>**Hotline:**<br>U.S. toll-free:  (877) 306-2072<br>International:  +1 (646) 979-4416<br><br>**Claim Processing Address Information:**<br><br>A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at https://restructuring.ra.kroll.com/PartnersPharmacy. Completed proofs of claim may be submitted to Kroll Restructuring Administration LLC as the official claims agent for these cases.<br><br>**If by First-Class Mail:**<br>Partners Pharmacy Claims Processing Center<br>c/o Kroll Restructuring Administration LLC<br>Grand Central Station, PO Box 4850<br>New York, NY 10163-4850<br><br>**If by Hand Delivery or Overnight Mail:**<br>Partners Pharmacy Claims Processing Center<br>c/o Kroll Restructuring Administration LLC<br>850 3rd Avenue, Suite 412<br>Brooklyn, NY 11232 |
| 5. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://restructuring.ra.kroll.com/PartnersPharmacy at no charge or at https://pacer.uscourts.gov for a fee. | United States Courthouse<br>515 Rusk Avenue<br>Houston, Texas 77002 | Hours:  Monday to Friday – 8:00 a.m. to 5:00 p.m. (Central Time)<br><br>Telephone:  (713) 250-5500 |
| 6. **Meeting of creditors**<br><br>The Debtors' representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. | **9/17/25 at 10:00 a.m. (CT)**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**   Telephone Conference:<br><br>**Dial: 866-707-5468**<br><br>**Participant Code: 6166997** |
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim:**<br><br>**Not yet set.  Notice of deadline, if any, will be filed on the Court's docket.**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>■ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>■ you file a proof of claim in a different amount; or<br>■ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan.  You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |

| Debtor | Partners Pharmacy Services, LLC, *et al.* | Case number (if known) | 25-34698 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below<br><br>**Deadline for filing the complaint:  To be determined** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |